MICHAEL ESPERT, Respondent, v. EUGENE F. PERRY, as Attorney for FRED R. BABCOCK et al., LUMBER UNDERWRITERS OF NEW YORK, Appellants.

*Espert* v. *Perry*, 163 App. Div. 958, affirmed.
(Argued March 28, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of fire insurance. The defense was that the proof of loss served upon the defendants did not comply with the terms of the policy in that it did not contain the cash value of each item of property and the amount of loss thereon.

*William B. Ellison, Bruce Ellison* and *Andrew A. Fraser* for appellants.

*Frederic R. Coudert* and *John P. Murray* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.